# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Ryann M. Daly,

                  Plaintiffs,

v.

U.S. Bank, National Association, Discover
Financial Services, Inc, and Keynote
Consulting, Inc.,

                  Defendants.

Case No. 0:21-CV-00936
(KMM/DTS)

**Joint Notice of Settlement**

---

PLEASE TAKE NOTICE that plaintiff RYANN M. DALY ("Plaintiff") and defendants U.S. BANK NATIONAL ASSOCIATION and DISCOVER FINANCIAL SERVICES (collectively "Defendants") (Defendants collectively with Plaintiff, the "Parties") have reached agreements in principle to resolve this matter. Accordingly, the Parties respectfully submit that this obviates the need for the Parties to make any other Court required appearances or filings prior to dismissal. The Parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's claims within 45 days.

Dated:  May 18, 2022

s/ Thomas J. Lyons, Jr.
Thomas J. Lyons, Jr.
Bar Number 0249646
Attorney for Plaintiff
Consumer Justice Center, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
tommy@consumerjusticecenter.com

Dated: May 18, 2022

s/ Erin L. McCann
Erin L. Hoffman
Bar Number 0387835
Adam J. Pabarcus
Bar Number 0392045
Attorneys for Defendant U.S. Bank National
    Association and Discover Financial
    Services
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
erin.mccann@FaegreDrinker.com
adam.pabarcus@FaegreDrinker.com