UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 21-cv-936 KMM/DTS

| | |
|---|---|
| Ryann M. Daly,<br><br>   Plaintiff,<br><br>v.<br><br>U.S. Bank, National Association, and Discover Financial Services, Inc,<br><br>   Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Ryann M. Daly ("Plaintiff"), by counsel, and Defendants U.S. Bank, National Association, and Discover Financial Services, Inc. ("Defendants"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Defendants should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| By: s/Thomas J. Lyons Jr.<br>Thomas J. Lyons, Jr., Esq.<br>Attorney I.D. #: 0249646<br>CONSUMER JUSTICE CENTER, P.A.<br>367 Commerce Court<br>Vadnais Heights, MN 55127<br>Telephone: (651) 770-9707<br>Facsimile: (651) 704-0907<br>tommy@consumerjusticecenter.com<br><br>Dated: August 8, 2022 | By: s/Adam J. Pabarcus<br>Erin L. McCann<br>Bar Number 0387835<br>Adam J. Pabarcus<br>Bar Number 0392045<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>erin.mccann@faegredrinker.com |

|  | adam.pabarcus@faegredrinker.com |
|  | Dated: August 8, 2022 |