# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ryann M. Daly, | Case No. 21-CV-936 (KMM/DTS) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| U.S. Bank, National Association, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on August 8, 2022 (ECF No. 39), IT IS HEREBY ORDERED that this action is dismissed with prejudice and on the merits and without costs, disbursements, or attorneys' fees to any party.

Date: August 8, 2022

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge